IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER RUSSELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:24-CV-00410-RAH |
| JUNG HO SEA, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

On August 12, 2025, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 22.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

**ORDERED** and **ADJUDGED** as follows:

1. The Recommendation (Doc. 22) is **ADOPTED**; and
2. This case is **DISMISSED without prejudice**.

**DONE** and **ORDERED** on this the 2nd day of September 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE